**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANI**

IN RE:                                                    **CASE NO: 1800666**

    CARLOS GARCIA
    SSN#: xxx-xx-0296
    Borrower#: 1026868509                      **CHAPTER BK13**

Debtor(s)                                                **CLAIM#: 7**

### NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:   U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
       National Payment Center                 **NATIONAL PAYMENT CENTER**
       P O Box 105028                       **P O Box 790336**
       Atlanta, GA  30348-5028           **St. Louis, MO  63179-0336**

**NOTICES:**

Old:   U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
       P O Box 16448                       **P O Box 16448**
       Saint Paul, MN  55116-0448       **Saint Paul, MN  55116-0448**

Respectfully submitted this day, March 13, 2019

                         /s/  Xiong Me Lo
                         Bankruptcy Operation Specialist
                         Bankruptcy Department
                         PO Box 16448
                         St. Paul, MN  55116-0448
                         PH: (800) 363-4562  Fax: (877) 865 9741